# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| JAMES STOKES, <br><br> *Appellant*, <br><br> v. <br><br> MARKEL AMERICAN INSURANCE COMPANY, <br><br> *Appellee*. | No. 25-2092 <br><br><br><br> On Appeal from the United States District Court for the District of Delaware <br><br> Case No. 1:19-cv-02014-SB-MPT |

## STIPULATION TO DISMISS APPEAL

Pursuant to Fed. R. App. P. 42(b), the parties to this appeal, by and through their undersigned counsel, hereby stipulate and agree to dismiss the appeal docketed to No. 25-2092, with each party bearing its own costs and fees.

| | |
|---|---|
| */s/ Stephen B. Brauerman* <br> Stephen B. Brauerman (#4952) <br> **BAYARD, P.A.** <br> 600 N. King St., Suite 400 <br> Wilmington, DE 19801 <br> (302) 655-5000 <br> sbrauerman@bayardlaw.com <br><br> *Counsel for Appellant* <br> *James Stokes* | */s/ Marc L. Penchansky* <br> Timothy S. Martin <br> Marc L. Penchansky <br> Darryll Hawthorne-Bernardo <br> **WHITE AND WILLIAMS LLP** <br> 600 N. King Street, Suite 800 <br> Wilmington, DE 19801 <br> (302) 467-4520 <br> Martint@whiteandwilliams.com <br> Penchanskym@whiteandwilliams.com <br> Hawthorned@whiteandwilliams.com <br><br> *Counsel for Appellee Markel American Insurance Company* |

Dated: January 14, 2026